UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

MARK ERIK LINDSTROM,

      Plaintiff,                            Case No. 05-C-0758

      v.

MARQUETTE UNIVERSITY,

      Defendant.

___

## ORDER OF DISMISSAL
___

      IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed, with prejudice and without cost to any of the parties.

      Dated at Milwaukee, WI, this 19 day of October, 2005.

                                    BY THE COURT:

                                    _____
                                    Lynn Adelman
                                    District Judge